CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Sydney.Spector@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF<br>JACOB AND MELANIE DOWD<br>Kihei Maui Self Storage, Unit D45,<br>115 East Lipoa St.,<br>Kihei, Hawaii 96753 | Misc. No. 24-00021 JAO-KJM<br><br>ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY |

**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY**

The United States, having filed an application requesting authorization for Revenue Officer Dale Ward, Treasury Inspector General for Tax Administration ("TIGTA") armed escort Domenic Scozzafava, and/or other employees of the Internal Revenue Service ("IRS") or TIGTA, to enter Unit D45 located at Kihei

Maui Self Storage, 115 East Lipoa St., Kihei, Hawaii 96753, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Jacob Dowd and/or Melanie Dowd which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

    ORDERED that Dale Ward, TIGTA armed escort Domenic Scozzafava, and/or other employees of IRS and TIGTA, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331.  In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 10 days of the date of this order.

    IT IS FURTHER ORDERED that if Jacob Dowd, Melanie Dowd, or occupant offers any resistance to the Revenue Officer, TIGTA armed escort, and/or other employees, as designated by the IRS, seeking to enter the premises described under the authority of this writ, the Revenue Officer, TIGTA armed escort, and/or other employees shall withdraw, and may apply to the Court for such further

processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the Revenue Officer Dale Ward and/or other employees, as designated by the IRS, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated: Honolulu, Hawaii, January 11, 2024.



Wes Reber Porter
United States Magistrate Judge

*In the Matter of the Tax Indebtedness of JAOB AND MELANIE DOWD*; Misc. No. 24-00021 JAO-KJM; Order for Entry on Premises to Effect Levy